IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN WESLEY CHRISTIAN, Jr., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. CIV-24-737-R |
| ) | |
| CYNTHIA CARTER, et al., ) | |
| ) | |
| Defendant(s). ) | |

**ORDER**

On September 13th, 2024, United States Magistrate Judge Amanda Maxfield Green issued a Report and Recommendation recommending that the Court dismiss Plaintiff John Wesley Christian, Jr.'s Complaint without prejudice for "failure to file an *in forma pauperis* application, or in the alternative pay the filing fee" [Doc. 5, at p. 1].

Judge Maxfield Green informed Plaintiff of his right to file objections to the Report and Recommendation, instructed him that such objections were due by October 4th, 2024, and advised that a failure to object "waives the right to appellate review of both factual and legal questions contained herein" [Doc. 5, at p. 3].

To date, neither an objection nor a request for an extension of time to object to the Report and Recommendation has been filed. With no objection being filed within the time prescribed, the Court ADOPTS the Report and Recommendation in its ENTIRETY. Accordingly, Plaintiff's Complaint is hereby DISMISSED without prejudice to refiling.

IT IS SO ORDERED this 17th day of October, 2024.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE